

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00259-CV

———————————————

IN RE AMY MARIAH TUCKER AND MARLIE ANN TUCKER, Relators

Original Proceeding
Trial Court No. C2018043

Before Kerr, J.; Sudderth, C.J.; and Pittman, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus, real party in interest's response, and relators' supplemental petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: July 25, 2019